IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS REED,

      Petitioner,

v.                                  CASE NO. 4:09cv383-SPM/WCS

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections,

      Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 27, 2011 (doc. 19).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 19) is ADOPTED and incorporated by reference in this order.

2.      The petition for writ of habeas corpus filed by Louis Reed pursuant to 28 U.S.C. § 2254, challenging his conviction for attempted second degree

murder, case number 2005 CF 245, in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, is denied.

    3.    A certificate of appealability pursuant to § 2254 Rule 11(a) is denied because Petitioner has failed to make a substantial showing of the denial of a constitutional right..

    DONE AND ORDERED this 30th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge